UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | IN CHAPTER 13 PROCEEDINGS |
| ) | |
| KENNETH W. MACKEY and ) | NO: 10-74228 |
| ANGEL S. MACKEY, ) | |
| ) | |
| Debtors. | |

## NOTICE TO CREDITORS AND OTHER PARTIES IN INTEREST

NOTICE is hereby given that a hearing in said cause will be held at Room 115 Federal Bldg., 211 S. Court Street, Rockford, Illinois, on the __8th__ day of June, 2012, at 9:00 a.m. to consider and act upon the following matters:

**MOTION TO DETERMINE FINAL CURE AND PAYMENT RE RULE 3002.1** filed herein by the Debtors, wherein the Debtors state:

NOW COME the Debtors, KENNETH W. MACKEY and ANGEL S. MACKEY, by their attorney, JEFFRY A. DAHLBERG, and hereby challenge the accuracy of the Response filed by THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWABS, INC., ASSET-BACKED CERTIFICATES, SERIES 2005-1, and in support thereof hereby state that the itemization contained in said Response appears to substantially overstate the post-petition delinquency in mortgage payments.

WHEREFORE Debtors hereby move that the Court determine the amount of post-petition mortgage obligations that remain outstanding through April, 2012, if any, pursuant to Rule 3002.1 of the Bankruptcy Code.

and transact such other business as may properly come before the hearing.

_____
JEFFRY A. DAHLBERG
Attorney for Debtors

JEFFRY A. DAHLBERG
BALSLEY & DAHLBERG
5130 North Second Street
Loves Park, IL 61111
(815) 877-2593
Attorney for Debtors.

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| IN RE: | ) |
| | ) IN CHAPTER 13 PROCEEDINGS |
| | ) |
| KENNETH W. MACKEY and | ) NO: 10-74228 |
| ANGEL S. MACKEY, | ) |
| | ) |
| Debtors. | ) |

## MOTION TO DETERMINE FINAL CURE AND PAYMENT RE RULE 3002.1

NOW COME the Debtors, KENNETH W. MACKEY and ANGEL S. MACKEY, by their attorney, JEFFRY A. DAHLBERG, and hereby challenge the accuracy of the Response filed by THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWABS, INC., ASSET-BACKED CERTIFICATES, SERIES 2005-1, and in support thereof hereby state that the itemization contained in said Response appears to substantially overstate the post-petition delinquency in mortgage payments.

WHEREFORE Debtors hereby move that the Court determine the amount of post-petition mortgage obligations that remain outstanding through April, 2012, if any, pursuant to Rule 3002.1 of the Bankruptcy Code.

                                                  KENNETH W. MACKEY and
                                                  ANGEL S. MACKEY, Debtors

                    BY:     /s/ Jeffry A. Dahlberg
                                JEFFRY A. DAHLBERG, Their Attorney

JEFFRY A. DAHLBERG
BALSLEY & DAHLBERG
5130 North Second Street
Loves Park, IL 61111
(815) 877-2593
Attorney for Debtors.

-2-

## PROOF OF SERVICE

The undersigned certifies that the foregoing Notice and proposed Order was sent to all parties in interest as indicated below, by enclosing true copies thereof in an envelope addressed as indicated, first class postage prepaid and depositing in the U.S. Mail on the ___10th___ day of ___May___, 2012, and to Lydia S. Meyer via electronic communication.

      THE BANK OF NEW YORK MELLON F/K/A
      THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE
      CWABS, INC., ASSET-BACKED CERTIFICATES, SERIES 2005-1
      c/o Pierce & Associates
      1 North Dearborn
      13th Floor
      Chicago, IL 60602

_/s/ Sandra R. Costello_

JEFFRY A. DAHLBERG
BALSLEY & DAHLBERG
5130 North Second Street
Loves Park, IL 61111
(815) 877-2593
Attorney for Debtors.